UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 26-MJ-00009-SMM

FILED BY __UWB__ D.C.

FEB 11 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

v.

VICTOR ALFONSO ACOSTA-RUIZ,
    a/k/a "Carlos Adan Acosta-Ruiz,"
    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
**JESSICA KAHN OBENAUF**
Assistant United States Attorney
Florida Bar No.: 52716
101 S. US Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Jessica.Obenauf@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Jessica Kahn Obenauf

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VICTOR ALFONSO ACOSTA-RUIZ, a/k/a "Carlos Adan Acosta-Ruiz," | ) ) ) ) ) | Case No. 26-MJ-00009-SMM |
| *Defendant(s)* | | |

FILED BY MMB D.C.

FEB 11 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 4, 2026__ in the county of __Highlands__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE
*Printed name and title*

Date: 2/11/2026

_____
*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Victor Alfonso ACOSTA-RUIZ ("ACOSTA-RUIZ") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about February 4, 2026, the Highlands County Sheriff's Office arrested ACOSTA-RUIZ in Highlands County, Florida for driving without a valid driver license. As part of the booking process at the Highlands County Jail, ACOSTA-RUIZ was fingerprinted. The fingerprints were electronically submitted to a biometric database maintained by the Department of Homeland Security. The database confirmed a match to a previously-removed alien, alerting ICE officials to ACOSTA-RUIZ's presence in the United States.

4. I reviewed documents from the immigration alien file belonging to Victor Alfonso ACOSTA-RUIZ, AXXX XXX 151, which show that he is a native and citizen of Mexico. Records

show that on or about April 15, 2014, ACOSTA-RUIZ was ordered removed from the United States. That same day, ACOSTA-RUIZ was removed from the United States to Mexico.

5. Thereafter, ACOSTA-RUIZ illegally reentered the United States. On May 6, 2014, ACOSTA-RUIZ was removed from the United States to Mexico for a second time.

6. Thereafter, ACOSTA-RUIZ illegally reentered the United States. On May 1, 2015, ACOSTA-RUIZ was removed from the United States to Mexico for a third time.

7. Thereafter, ACOSTA-RUIZ illegally reentered the United States. On May 19, 2015, ACOSTA-RUIZ was removed from the United States to Mexico for a fourth time.

8. Law enforcement scanned the fingerprints taken from ACOSTA-RUIZ on February 4, 2026, into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that ACOSTA-RUIZ is the individual that was previously removed from the United States.

9. Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Victor Alfonso ACOSTA-RUIZ ever filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that ACOSTA-RUIZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

10. Based on the foregoing, I believe that there exists probable cause to believe that, on or about February 4, 2026, Victor Alfonso ACOSTA-RUIZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of

Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

                                                          Angelo Zaravelis
                                                          Deportation Officer
                                                          Immigration and Customs Enforcement

Sworn to before me, in Fort Pierce, Florida, this \_\_11th\_\_ day of February 2026.

_____
SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

3